7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Glenn NMI Drayer
*Debtor*

*Bankruptcy Case No.*
15−60582−abf7

**Steve Redford**
**Elkhead Ranch LLC**
**Lifestyle Contractors LLC**
   Plaintiff(s)

*Adversary Case No.*
15−06039−abf

v.

**Glenn NMI Drayer**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Debtor−Defendant Glenn nmi Drayer, and against Plaintiffs Steve Redford; Elkhead Ranch LLC; and Lifestyle Contractors LLC. The Debtors debt to these parties is DISCHARGEABLE.

Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk



Date of issuance: 1/15/16

Court to serve